# IN THE MATTER OF WILLIAM H. BIGOLOW

1810

## Papers in File

1. Petition for habeas corpus. . . . . . . . *Printed in Vol. 2*
2. Writ of habeas corpus and return . . . . . . "
3. Copy of writ of execution . . . . . . . . "
4. Opinion; order . . . . . . . . . . . "